IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNNOVATIONS, LLC,<br><br>      *Plaintiff*<br><br>    v.<br><br>KYOCERA DOCUMENT SOLUTIONS, INC. and KYOCERA DOCUMENT SOLUTIONS AMERICA, INC.,<br><br>      *Defendants* | Civil Action No. 1:12-cv-01271-SLR |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendants Kyocera Document Solutions, Inc. and Kyocera Document Solutions America, Inc. (collectively, "Defendants") have not yet answered the Complaint.  Accordingly, Telecomm Innovations, LLC voluntarily dismisses Defendants without prejudice pursuant to Rule 41(a)(1).

Dated:  February 14, 2013          STAMOULIS & WEINBLATT LLC

                                             */s/ Richard C. Weinblatt*
                                             Stamatios Stamoulis #4606
                                                     stamoulis@swdelaw.com
                                             Richard C. Weinblatt #5080
                                                     weinblatt@swdelaw.com
                                             Two Fox Point Centre
                                             6 Denny Road, Suite 307
                                             Wilmington, DE 19809
                                             Telephone:  (302) 999-1540

                                             *Counsel for Plaintiff*
                                             *Telecomm Innovations, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

> */s/ Richard C. Weinblatt*
> Richard C. Weinblatt #5080